# United States District Court
## Violation Notice

CVB Location Code: CA69

Violation Number: 6599933
Officer Name (Print): B. Hernandez
Officer No.: 8013

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 07/14/2018 10:02 pm
Offense Charged: 16 USC 668(dd)(f2) / 50 CFR 26.21(a)
Place of Offense: San Joaquin River National Wildlife Refuge

Offense Description: Factual Basis for Charge: Trespass

### DEFENDANT INFORMATION

Last Name: Davis
First Name: James
M.I.: D.

[A] ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
[B] ☑ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

Forfeiture Amount: $250.00
+ $30 Processing Fee
PAY THIS AMOUNT → Total Collateral Due: $280.00

### YOUR COURT DATE

Court Address: TBD
Date: TBD
Time: TBD

X Defendant Signature: [signed]

(Rev. 09/2015)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 14, 2018 while exercising my duties as a law enforcement officer in the Eastern District of California

Please see attached PC statement.

The foregoing statement is based upon:
☐ my personal observation   ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/14/2018   Officer's Signature: Bradley Hernandez

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident, PASS = 9 or more passenger vehicle.
CDL = Commercial drivers license.   CMV = Commercial vehicle involved in incident.